# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 23, 2015

## NO. 03-13-00315-CV

**CS Custom Homes, LLC d/b/a Callahan Custom Homes, LLC d/b/a Callahan Homes, LLC and Ervin E. Callahan, Appellants**

**v.**

**Jessica Nicole W. Stafford, Appellee**

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### AFFIRMED IN PART; MODIFIED AND, AS MODIFIED, AFFIRMED IN PART;
### REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on February 7, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment.

> We modify the district court's judgment so as to award Jessica Nicole W. Stafford actual damages in the amount of $102,380.

> We reverse the judgment awards of attorney's fees and prejudgment interest and remand those issues for further proceedings consistent with this opinion.

> We otherwise affirm the district court's judgment.

The appellants shall pay all costs relating to this appeal, both in this Court and the court below.